**Dismiss and Opinion Filed July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00222-CV

**MATTHEW FAULKENBERRY, Appellant**
**V.**
**EMMA CURRY, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF1320630**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, and docketing statement in this case are past due. By postcard dated February 24, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 24, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed his docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

1

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

140222F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW FAULKENBERRY, Appellant

No. 05-14-00222-CV  V.

EMMA CURRY, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF1320630.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee EMMA CURRY recover her costs of this appeal from appellant MATTHEW FAULKENBERRY.

Judgment entered July 2, 2014